Robert E. Boone III (C.B.N.: 132780)
Jennifer A. Jackson (C.B.N.: 192998)
James C. Pettis (C.B.N.: 223953)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: 310-576-2100
Facsimile: 310-576-2200
Email: reboone@bryancave.com
       jjackson@bryancave.com
       james.pettis@bryancave.com

Attorneys for Defendants
MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; COUNTRYWIDE HOME LOANS, INC. and COUNTRYWIDE BANK, FSB

J S - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLVIN LENNON, SR.,<br><br>    Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., PAUL FINANCIAL, LLC, COUNTRYWIDE HOME LOANS, INC., COUNTRYWIDE BANK, F.S.B., RECONTRUST COMPANY, and DOES 1-50 inclusive,<br><br>    Defendants. | Case No.: 2:08-cv-07566-FMC-CWx<br><br>(Los Angeles County Superior Court Case No. MC019709)<br><br>**JUDGMENT DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Honorable Florence-Marie Cooper |

727587

Pursuant to the Court's April 6, 2009 Order granting the Motion To Dismiss With Prejudice of defendants Mortgage Electronic Registration Systems, Inc., Countrywide Home Loans, Inc. and Countrywide Bank, FSB (the "Motion") and Joinder in that Motion by defendant Paul Financial, LLC,

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Colvin Lennon, Sr. shall take nothing against Defendants, and Plaintiffs' complaint and all his claims against all Defendants are dismissed with prejudice. Defendants are entitled to recover their costs of suit.

Dated: April 24, 2009

_____
United States District Court Judge

Respectfully submitted by:

**BRYAN CAVE LLP**
Robert E. Boone III
Jennifer A. Jackson
James C. Pettis

By:   /s/ James C. Pettis
         James C. Pettis
Attorneys for Defendant
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM, INC.;
COUNTRYWIDE HOME LOANS,
INC. and COUNTRYWIDE BANK, FSB

727587